

**In The
Court of Appeals
Sixth Appellate District of Texas at Texarkana**

_____

No. 06-12-00146-CR
_____


VISHON O'NEAL COBBINS, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 76th Judicial District Court
Titus County, Texas
Trial Court No. 17,594


Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

Court reporter Cresta LeFevre recorded the trial court proceedings in cause number 06-12-00146-CR, styled *Vishon O'Neal Cobbins v. The State of Texas*, in the 76th Judicial District Court of Titus County, Texas. The reporter's record was originally due in this case on or before October 15, 2012. LeFevre sought and we granted an extension of that deadline to November 14, 2012. We have received no additional requests for extensions and have not received the reporter's record.

The Texas Rules of Appellate Procedure establish that both "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." TEX. R. APP. P. 35.3(c). In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the timely filing of this appellate record.

Therefore, it is ordered that Cresta LeFevre complete and file the reporter's record in cause number 06-12-00146-CR, *Vishon O'Neal Cobbins v. The State of Texas*, trial court number 17,594, to be received by this Court no later than Friday, December 21, 2012.

IT IS SO ORDERED.

BY THE COURT

Date:   December 4, 2012